AO 93 (Rev. 11/13) Search and Seizure Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**SEALED**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises known as 814 Covington Point Drive,<br>Covington, Louisiana further described in Attachment A | )<br>)<br>)  Case No.  19-MC-9438<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Louisiana_____
*(identify the person or describe the property to be searched and give its location)*:

The premises known as 814 Covington Point Drive, Covington, Louisiana further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___May 7, 2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Duty Judge___.
                                                                                                      *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 23, 2019 at 9:00 a.m.            _____Janis Van Meerveld_____
                                                                                                      *Judge's signature*

City and state:    New Orleans, Louisiana           Honorable Janis Van Meerveld, U.S. Magistrate Judge
                                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-MC-9438 | Date and time warrant executed: 4/24/19 0700 hrs | Copy of warrant and inventory left with: Gayle Bailey |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: See attached Evidence Collected Item Log. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/30/19

Subscribed, sworn to, and returned before me this 30th day of April, 2019.

_[signature]_
U.S. Judge or Magistrate

_Nicholas Rayburn_
Executing officer's signature

_Nicholas Rayburn, Special Agent FBI_
Printed name and title

JOSEPH C WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**EVIDENCE COLLECTED ITEM LOG**
*Print Legibly. More than one line may be used for each item, if necessary.*

FD-886 (Rev. 4-13-15)

Page 1 of 2

| Date: | 04/24/2019 | Case ID: 305I-NO-3087728 |
|---|---|---|
| Location: | 814 Covington Point Drive, Covington, LA 70433 | |
| Preparer/Assistants: | Mallory Farrar | |

Personnel (full names and initials): Whitney Blankenship WB, Kay Hank KH
Ricky Clark, Kathleen Franciak RF, Robert Barrett, Michelle Dietz MD
Abigail Morris, Carlos Gonzalez-Bernard, Alayna Wilcox, Paula Guerra
Nicholas Rayburn, Mallory Farrar MDF

| Item # | Description (e.g., One black Samsung flip phone, Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | 1 Asus desktop computer tower black/orange in color | A | on floor next to table | Ricky Clark / Malcolm Brown | Plastic bag | his |
| 2 | 1 APC backup battery black in color model: BN135T QG S/N: 4B1343P41003 | A | on floor next to table | Ricky Clark / Malcolm Brown | Plastic bag | |
| 3 | 1 SanDisk microSD adapter containing 1 SanDisk Ultraplus microSD 4GB S/N: 4181YVFQUE | A | on top of desktop computer tower | Richard Clark / Malcolm Brown | red well | |
| 4 | 1 SanDisk memory card case containing: 1 Olympus memory card 8MB 1 Olympus memory card 16MB 1 memory card 64MB | D | in storage bin | Nicholas Rayburn / Robert Barrett | red well | |
| 5 | 1 Seagate external hard drive S/N: 3QD04JRT Pwr Part No. 9BJ0A85W8 W/Cord | D | in storage bin | Carlos Gonzalez-Bernard / Robert Barrett | red well | |
| 6 | 1 Seagate external hard drive S/N: 4NF1TXPB Part No. GY78W7-500 | D | in storage bin on wall | Nicholas Rayburn / Robert Barrett | red well | |
| 7 | 1 Seagate external hard drive S/N: NA0JTB7Q Part No. 9ZQ2N3-500 3TB labeled "back-up" | D | storage bin | Robert Barrett / Nicholas Rayburn | red well | |

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

FD-886 (Rev. 4-13-15)

**Date:** 04/24/2019      **Case ID:** 3051-NO-3087728

**Location:** 814 Covington Point Drive, Covington, LA 70433

**Preparer/Assistants:** Mallory Farrar

**Personnel (full names and initials):**

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 8 | 1 Seagate external hard drive S/N: QM69180CDV W/USB + Part no: 100002469 PowerCord | A | On top of computer tower under table | Malcolm Brown / Richard Clark | red well | |
| 9 | 1 SanDisk Cruzer Glide 32GB USB thumb drive S/N: BM120423441B black/red | I | Storage bin | Robert Barrett / Carlos Gonzalez-Bernard | red well | |
| | 1 Patriot Memory Supersonic 32GB USB thumb Drive S/N: 131224 black/blue | | | | ~~red~~ | |
| 10 | 1 Motorola cell phone model: Motorcle W/clear protective case S/N: ZY3238US8G | F | On bed | Robert Barrett / Kay Horne | red well | |
| 11 | 1 Seagate external hard drive S/N: NA1Q3MSQ W/USB Part no: 92H1P7-RAA +Power Cord | A | On top of computer tower under table | Malcolm Brown / Richard Clark | red well | no c.p. |
| 12 | 1 Seagate external harddrive S/N: NA7PZPPJ Model: SRD00F1 | A | On TV Stand | Richard Clark / Malcolm Brown | red well | |
| | Part No: 1K9APV-500 ATB w/ USB cable | | | | | |
| 13 | 1 Asus laptop purple in color | F | on stool by window | Kay Horne / Robert Barrett | red well | |